IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-00310-02-CR-W-SOW |
| | ) | |
| PARIVA BUKE AGHAEL, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court is the Report and Recommendation Concerning Plea of Guilty (Doc. #56) of United States Magistrate Judge Sarah Hays. Having reviewed the Report and Recommendation, it is hereby

ORDERED that this Court accepts the plea of guilty and defendant is adjudged guilty. It is further

ORDERED that a Presentence Investigation report be prepared.


           ___/s/ Scott O. Wright_____
           SCOTT O. WRIGHT
           Senior United States District Judge

Dated: __8/30/2007_____